**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHEYANNE JOHNSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | 2:12-cv-00481-RFB-VCF <br><br> **ORDER** |

Before the court is *Cheyanne Johnson, et al., vs. United States of America, et al.*, case no 2:12-cv-00481-RFB-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that the parties must file a discovery plan and scheduling order by October 17, 2014.

IT IS FURTHER ORDERED that a discovery hearing is scheduled for 1:00 p.m., October 21, 2014, in courtroom 3D.  The hearing will be automatically vacated upon the filing of the discovery plan and scheduling order.

Dated this 7th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE