# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHEYANNE JOHNSON, a minor by and through her legal guardian, HEIDI AVILA; and CHRISTION JOHNSON, a minor by and through his legal guardian, HEIDI AVILA,<br><br>PLAINTIFFS,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and THE HERTZ CORPORATION, a Delaware Corporation,<br><br>DEFENDANTS. | Case No.: 2:12-cv-00481-RFB-VCF<br><br>**ORDER RE:**<br><br>**VERIFIED MOTION TO APPROVE COMPROMISE AND SETTLEMENT for MINOR PLAINTIFF CHRISTION JOHNSON** |

A hearing was held on Christion Johnson's Motion to Approve Settlement and Compromise on September 24, 2015. Present were Lisa Rasmussen for the minor Plaintiff, along with Heidi Avila, the minor Plaintiff's mother and legal guardian, as well as Kevin Lazar for the Defendants.

The Court reviewed the Motion and finds that settlement of these claims is in the best interest of Christion Johnson and that the deductions and net proceeds to Christion Johnson are reasonable, appropriate and authorized by law.

Accordingly, the Motion for Approval of the Motion for Compromise and Settlement for Christion Johnson is GRANTED.

IT IS FURTHER ORDERED that Heidi Avila, Plaintiff's mother, must deposit Christion Johnson's net award of $10,259.01 in a blocked financial account with an institution located in the State of Nevada.

IT IS FURTHER ORDERED that the blocked financial account shall list Christion Johnson as its beneficiary.

IT IS FURTHER ORDERED that Heidi Avila shall not be required to post a bond as custodian of the blocked financial account.

IT IS FURTHER ORDERED that no monies may be released from the blocked financial account described above without further order of this Court, or, a certification of majority age and authorization to release the funds to Christion Johnson.

IT IS FURTHER ORDERED that Heidi Avila, through her counsel, shall file proof of depositing the funds in a blocked financial account consistent with this Order within 30 days of receipt of said funds.

IT IS FURTHER ORDERED that Heidi Avila, through her counsel, shall file an annual report on the blocked financial account until Christion Johnson reaches the age of majority, said annual reports to be filed annually based on the date the account is established.

IT IS FURTHER ORDERED that counsel for Christion Johnson shall submit an order for certification of age of majority and an authorization to release said funds with this Court within 30 days of Christion Johnson's 18th (eighteenth) birthday.

IT IS FURTHER ORDERED that this Court shall maintain jurisdiction over the disposition of the settlement proceeds identified herein until the certification of age of majority order has entered.

Dated: October 13, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:
Law Office of Lisa Rasmussen
   */s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.
Counsel for Plaintiffs
Approved by Kevin Lazar, Esq., counsel for Defendants